UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STIG STRONG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CARSON CITY,<br><br>　　　　　Respondent. | Case No. 3:17-cv-00381-MMD-WGC<br><br>ORDER |

In this case, Stig Strong, who is apparently a prisoner at the Carson City Jail, in Carson City, Nevada, submitted what he apparently meant to be a petition for writ of habeas corpus, for filing, on June 19, 2017 (ECF No. 1-1). However, Strong did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*. Furthermore, Strong's petition is not on a form approved by the Court, and is plainly incomplete. Therefore, this case will be dismissed without prejudice to Strong initiating a new habeas corpus action. If Strong wishes to initiate a new habeas corpus action, he must submit a fully completed petition for writ of habeas corpus on a correct form, together with payment of the filing fee or an application to proceed *in forma pauperis*.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the petitioner is denied a certificate of appealability.

It is further ordered that the Clerk of the Court send to the petitioner, along with a copy of this order, two (2) copies of the form for a petition for a writ of habeas corpus, two (2) copies of the form for an application to proceed *in forma pauperis* for prisoners, and any available instructions regarding those forms.

1    It is further ordered that the petitioner may file a habeas corpus petition (on a
2 correct form and fully completed), along with payment of the filing fee or an application to
3 proceed *in forma pauperis*, to initiate a new habeas corpus action. The Court will accept
4 no further filings in this case.
5    It is further ordered that the Clerk of the Court enter judgment accordingly.

DATED THIS 23rd day of June 2017.

                                    MIRANDA M. DU
                                    UNITED STATES DISTRICT JUDGE